IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Antoine Land, Individually, and on Behalf of All Others Similarly Situated,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Frontline Communications, Inc., Gina Urso, Comcast Corporation and Comcast Cable Communications Management LLC,<br><br>　　　　Defendants. | Case No. 1:10-CV-7640<br><br>Hon. Joan H. Lefkow |

**DEFENDANTS COMCAST CORPORATION'S AND COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC'S
<u>UNOPPOSED MOTION TO STAY THE COURT'S RULING
ON COMCAST'S PENDING MOTION TO DISMISS</u>**

Defendants, Comcast Corporation and Comcast Cable Communications Management LLC (collectively, "Comcast"), by their attorneys, respectfully submit the following unopposed motion to stay the Court's ruling on Comcast's pending motion to dismiss, and in support thereof states as follows:

1.　On January 7, 2011, Comcast filed its motion to dismiss the Complaint filed by plaintiff Antoine Lane ("Land"). (Docket No. 19). Comcast's motion was fully briefed as of February 15, 2011. (Docket Nos. 23-25).

2.　Land subsequently filed two motions requesting permission to introduce new evidence in further opposition to Comcast's motion to dismiss. (Docket Nos. 26 and 30). On May 31, 2011, Comcast filed a memorandum of law in opposition to Land's motions. (Docket No. 33).

3.　To date, the Court has not ruled on Comcast's motion.

4. On July 25, 2011, Land and Comcast came to an agreement in principle on the terms of settlement of this lawsuit. The parties currently are working to finalize the terms of the settlement agreement.

5. Comcast requests that the Court stay its ruling on Comcast's motion to dismiss to allow the parties time to finalize the terms of the settlement agreement in the interim. The parties anticipate filing a motion for preliminary approval of the settlement within 28 days.

6. On July 25, 2011, counsel for Comcast, Sari Alamuddin, met with plaintiffs' counsel and requested their agreement to stay the Court's ruling on Comcast's motion to dismiss. Plaintiffs' counsel consented to the request for a stay of the ruling.

WHEREFORE, for the reasons set forth above, Comcast Corporation and Comcast Cable Communications Management LLC respectfully request that this Court grant its motion and stay the Court's ruling on Comcast's motion to dismiss pending resolution of the parties' anticipated joint motion for approval of settlement and any proceedings thereafter.

> COMCAST CORPORATION AND
> COMCAST CABLE COMMUNICATIONS
> MANAGEMENT, LLC
>
> By: /s/ Stephanie L. Sweitzer
> By Their Attorneys

Sari M. Alamuddin
Stephanie L. Sweitzer
Ritu Srivastava
Stephanie M. Christiansen-LaRocco
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
312.324.1000

Dated: July 26, 2011

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing Defendants Comcast Corporation's And Comcast Cable Communications Management LLC's Unopposed Motion to Stay the Court's Ruling on Comcast's Pending Motion to Dismiss was filed on July 26, 2011 with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> James B. Zouras
> Ryan F. Stephan
> STEPHAN ZOURAS, LLP
> 205 N. Michigan Avenue, Suite 2560
> Chicago, IL 60601
> T: 312-233-1550
>
> Jac A. Cotiguala
> Brian D. Massatt
> JAC A. COTIGUALA & ASSOCIATES
> 431 South Dearborn Street, Suite 606
> Chicago, IL 60605
> T: 312-939-2100
>
> Richard J. Miller.
> THE MILLER LAW FIRM, P.C.
> 1051 Perimeter Drive, Suite 400
> Schaumburg, IL 60173
> T: 847-995-1205

                                                                      */s/ Stephanie L. Sweitzer*

DB1/ 67818816.1