IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTOINE LAND, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTLINE COMMUNICATIONS, INC., GINA URSO, COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>Defendants. | Case No. 10-cv-07640<br><br>Honorable Judge Joan H. Lefkow |

## JOINT MOTION TO SET DISCOVERY DATES

Plaintiff ANTOINE LAND and Defendants FRONTLINE COMMUNICATIONS, INC. and GINA URSO (collectively, the "Parties"), by and through their respective attorneys, respectfully request that the Court grant their Joint Motion to set discovery dates. In support of their Motion, the Parties state as follows:

1. Over the past several months, the Parties, including Comcast Corporation, have engaged in extensive settlement efforts, including enlisting the services of Honorable Judge Wayne R. Anderson. Plaintiffs have worked out a tentative settlement with Comcast and expect to present the Court with a motion for preliminary approval of class wide settlement in the upcoming weeks.

2. The Plaintiffs, however, have not been able to work out a settlement with Defendants FRONTLINE COMMUNICATIONS, INC. and GINA URSO. Accordingly, the Parties wish to resume discovery. This request is being made in good faith and will not cause undue delay or prejudice to any party.

WHEREFORE, the Parties respectfully request that this Court enter an order setting the case schedule as follows.

| | |
|---|---|
| Fact discovery closed: | January 31, 2012 |
| Plaintiff's expert disclosures due: | December 30, 2011 |
| Defendants' expert disclosures due: | January 30, 2012 |
| Dispositive Motions: | March 30, 2012 |

Dated: August 16, 2011

| ANTOINE LAND | FRONTLINE COMMUNICATIONS, INC. AND GINA URSO |
|---|---|
| By: /s/ Ryan F. Stephan<br>One of His Attorneys | By: /s/ Richard J. Miller<br>One of Their Attorneys |
| James B. Zouras<br>Ryan F. Stephan<br>STEPHAN ZOURAS, LLP<br>205 N. Michigan Avenue, Suite 2560<br>Chicago, IL 60601<br>Tel: 312.233.1550 | Richard J. Miller<br>THE MILLER LAW FIRM, P.C.<br>1051 Perimeter Drive, Suite 400<br>Schaumburg, IL 60173<br>Tel: 847-995-1205 |